**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1192**

_____

WITTAYA THEERACHANON, a/k/a Taya Anderson,

Plaintiff - Appellant,

v.

WESTLAKE FINANCIAL SERVICES; HOTEL SUPER 8, FREDERICKSBURG, VA; SHANKS TOWING SOUTH LLC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:23-cv-00818-RCY)

_____

Submitted:  April 10, 2025                          Decided:  April 15, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wittaya Theerachanon, Appellant Pro Se.  Michael Kwang-Min Kim, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia; Andrew Biondi, SANDS ANDERSON, PC, Richmond, Virginia; John Chapman Petersen, CHAP PETERSEN & ASSOCIATES, PLC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wittaya Theerachanon appeals the district court's order dismissing her civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Theerachanon v. Westlake Fin. Servs.*, No. 3:23-cv-00818-RCY (E.D. Va., Jan. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*